IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ABBIEZER VIVAS,

      Petitioner,

v.                                                                                  Case No.  5D16-3186

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 10, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

R. Scott Huddleston, Orlando,
for Petitioner.

No appearance for Respondent.


PER CURIAM.

      The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 2, 2016 judgment and sentence in Case No. 2015-CF-016353-A-O, in the Circuit Court in and for Orange County, Florida.  <u>See</u> Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.


LAWSON, C.J., LAMBERT and EDWARDS, JJ., concur.